1  BENJAMIN B. WAGNER
   United States Attorney
2  DONNA L. CALVERT, IL SBN 6191786
   Acting Regional Chief Counsel, Region IX
3  Social Security Administration
   DAVID LERCH, CA SBN 229411
4  Special Assistant United States Attorney
         160 Spear Street, Suite 800
5        San Francisco, California 94105
         Telephone:  (415) 977-8936
6        Facsimile:  (415) 744-0134
         E-Mail: David.Lerch@ssa.gov
7
   Attorneys for Defendant
8
                              UNITED STATES DISTRICT COURT
9
                             EASTERN DISTRICT OF CALIFORNIA
10
                                    **FRESNO DIVISION**
11

12 DARLENE PANERIO,                        )
                                           )    Case No. 1:12-cv-00401-DLB
13           Plaintiff,                    )
                                           )
14      v.                                 )    STIPULATION AND ORDER FOR A FIRST
                                           )    EXTENSION OF 30 DAYS FOR
15 MICHAEL J. ASTRUE,                      )    DEFENDANT TO RESPOND TO
   Commissioner of                         )    PLAINTIFF'S OPENING BRIEF
16 Social Security,                        )
                                           )
17           Defendant.                    )
   _____ )
18

19

20       IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of

21 record, that Defendant shall have a first extension of time of 30 days to respond to Plaintiff's opening

22 brief.  Counsel for Defendant requests this extension due to his workload, which includes mentoring

23 duties, numerous substantive non-litigation matters, and other district court litigation.

24       The current due date is November 9, 2012.  The new due date will be December 10, 2012.  The

25 parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

26

27

28

|   |   |   |
|---|---|---|
| 1 |   | Respectfully submitted, |
| 2 | Dated: November 7, 2012 | /s/*Robert Decker Christenson* |
| 3 |   | (As authorized via email) |
|   |   | Robert Decker Christenson |
| 4 |   | Attorney for Plaintiff |

Dated: November 7, 2012        BENJAMIN B. WAGNER
                               United States Attorney

                    By:    /s/ *David W. Lerch*
                           DAVID W. LERCH
                           Special Assistant U.S. Attorney

                           Attorneys for Defendant

    IT IS SO ORDERED.

    Dated:   **November 8, 2012**              **/s/ Dennis L. Beck**
                                        UNITED STATES MAGISTRATE JUDGE

2 - Stip & Order Extending Def's Time